## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| VANOKA J. WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BNSF RAILWAY "John Doe" Owner - Partner(s) - et al.; Respondeat Superior "John Doe" BNSF Railway Engineer - Inspector - Employee,<br><br>　　　　　　Defendants. | Civil No. 16-4100 (JRT/BRT)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

Vanoka J. Washington, 1142 Superior Street, Aurora, IL 60505, *pro se* plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated January 6, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.　　This matter is **SUMMARILY DISMISSED WITHOUT PREJUDICE** pursuant to U.S.C. § 1915(e)(2)(B).

2. Plaintiff Vanoka J. Washington's application to proceed in forma pauperis is **DENIED**.

3. Washington's motion for appointment of counsel (Doc. No. 4) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 2, 2017      s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
     Chief Judge
     United States District Court